FRANCES E. ROBERTS-HORSFIELD et al., respondents,

*v.*

CECELIA GRACE GEDICKS, appellant.

[Filed April 25th, 1924.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Backes, whose opinion is reported in *94 N. J. Eq. 82.*

*Mr. William Newcorn,* for the appellant.

*Mr. Joseph T. Hague,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance* — THE CHIEF - JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, CLARK, MCGLENNON —13.

*For reversal*—None.